RECEIVED

2008 APR 10 A 11:41

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> *Austeo Valdez-Olivio, et al,* ) <br> Defendant(s) ) | CRIMINAL NO. 08MJ1008 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

*Israel Nieto-Guerrero*

DATED: 4/10/08

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062